83,082 -01,02

April 15, 2015.

Mr. Abel Acosta, Clerk.
COURT OF CRIMINAL APPEALS.
P.O. Box 12308
Austin, Texas 78711.

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 22 2015

Abel Acosta, Clerk

RE: EX PARTE, FREDERICK DEWAYNE HUGHES.
Trial Court NO. W380-82593-2011-HC
WR-83,082-01
and
Trial Court NO. W380-82564-2011-HC
WR-83,082-02

Greetings:

For an unknown reason, Collin County District Clerk's Office has declined to release information regarding the filing date of my applications for habeas relief and has provided no copies of documents filed by other parties. Thus, I have no idea of what documents, and, if a complete record was forwarded to your office. This concern derives from previous experiences and unprofessional practices on conducting business by that county.

This is a consolidated proceeding. Two cases were consolidated for trial, resulting in two habeas applications for which consolidation was requested in a written form. It contains a number of attachments, including written objections to proposed findings of fact and order.

If not much to ask, would you, please, provide me with an itemized list of the instruments delivered to your office by Collin County District Clerk in connection with the above referenced action.

Your assistance in this matter will be profoundly appreciated.

Cordially,

Frederick D. Hughes, #1821493.
Michael Unit, 2664 FM 2054
Tennessee Colony, Texas 75886.